AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
для the

United States Courts
Southern District of Texas
FILED
FEB 03 2025
Nathan Ochsner, Clerk of Court

_____
*Petitioner*

v.

Warden M.P.C
Randy Tate
D.H.S Alejandro Mayorkas
*Respondent*
(name of warden or authorized person having custody of petitioner)
Homan.

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Bilal Fawzi Basheer Alhalabi
   (b) Other names you have used: Bilal Alhalabi
2. Place of confinement:
   (a) Name of institution: I.C.E. Montgomery Processing Center
   (b) Address: 806 Hilbig Rd. Conroe Tx. 77301

   (c) Your identification number: # A062974653
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   I.C.E   D.H.S
4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:

      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*: Awaiting to be deported on deportation order

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: *Montgomery Processing Center*
   
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): *Zadvydas v. Davis, 533 U.S 678 (2001) 6 months of Deportation, awaiting deportation.*
   
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

_____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes        ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes        ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: 4/09/2024
(b) Date of the removal or reinstatement order: 7/19/2024
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes                ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes                ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Past 6 months and no traveling document has been issued.

(a) Supporting facts (Be brief. Do not cite cases or law.):
My travel document had been issued but due to my deportation officer, it has expired after a month.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Due to deportation officer error, now I am being held past 6 months indefinitly. Detention violates my constitution rights

(a) Supporting facts (Be brief. Do not cite cases or law.):
I am not elegible for a bond, see Zadvydas V. Davis, 533 U.S. 678 (2001) I want to Voluntary Depart, I contacted my embassy, I have no other option.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** Immigration Judge can not do anything about my Indefinite detention and he responded (see exhibit A) with this letter.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Request was denied.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Release from detention or deport from The United States.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-27-2025

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Bilal Fawzi Basheer Alhalabi
#A062974653
Montgomery Processing Center
806 Hilbig Rd Conroe Tx. 77301

United States Courts
Southern District of Texas
FILED

FEB 03 2025

Nathan Ochsner, Clerk of Court

This Is Legal Mail And
Has NOT Been Inspected

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston TX. 77208-1010